1  DUNCAN BARR, Bar No. 49259
   O'CONNOR, COHN, DILLON & BARR
2  1750 Montgomery Street, Suite 116
   San Francisco, California 94111
3  Telephone: (415) 835-9419
   Facsimile: (415) 954-8598
4  E-mail: dbarr@ocdb.com

5  Attorneys for Defendant
   Rafael Hernandez, 2 X Play LLC
6  dba The Double Play Bar and Restaurant

7                    UNITED STATES DISTRICT COURT
                              FOR THE
8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  **J&J SPORTS PRODUCTIONS, INC.,**          Case No.  C 10-04206 CRB
              **Plaintiff,**
11                                             **STIPULATION TO CONTINUE**
              **vs.**                          **INITIAL CASE MANAGEMENT**
12                                             **CONFERENCE**
    **JOSEPH MARTIN COYNE, RAFAEL**
13  **HERNANDEZ, 2 X PLAY LLC DBA The**        Date:  January 7, 2011
    **Double Play Restaurant**                 Time:  8:30 a.m.
14              **Defendants**                  Courtroom:  Courtroom 8, 19th Floor
                                               Judge:  Honorable Charles R. Breyer
15  **RAFAEL HERNANDEZ, 2 X PLAY LLC**
16  **DBA The Double Play Restaurant**
              **Counterclaimants**
17
              **vs.**
18
    **J&J SPORTS PRODUCTIONS, INC.**
19            **Counterdefendant**
20
    **RAFAEL HERNANDEZ, 2 X PLAY LLC**
21  **DBA The Double Play Restaurant**
              **Third Party Plaintiffs**
22
              **vs.**
23
    **COMCAST CABLE COMMUNICATIONS**
24  **INC., LLP; COMCAST BUSINESS**
    **SERVICES**
25            **Third Party Defendants**
26

27

28
    STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
    CASE NO. C 10-04206 CRB
                                      1

1   WHEREAS, this matter is currently scheduled for an Initial Case Management Conference on

2   January 7, 2011.

3   WHEREAS, counsel for Defendants Rafael Hernandez and 2 X Play LLC dba the Double

4   Play is unavailable on January 7, 2011.

5   WHEREAS, additionally, Defendant contends Comcast is an indispensible party and has filed

6   a Third Party Complaint but has not yet been served.

7   WHEREAS, counsel have jointly agreed to reschedule the Initial Case Management

8   Conference to January 21, 2011.  The dates for all pending motions are also continued from January

9   7, 2011 to January 21, 2011.

10

11   NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties

12   hereto, by and through their respective counsel, hereby jointly request that the Court reschedule the

13   Initial Case Management Conference for January 21, 2011.

14   **IT IS SO STIPULATED.**

15   Dated: December 23, 2010                    **O'CONNOR, COHN, DILLON & BARR**

16

17

18                                          BY:    /s/ Duncan Barr
                                                   Duncan Barr, Esq.
19

20                                                 Attorney for Defendants,
                                                   Rafael Hernandez, 2 X Play LLC
21                                                 dba The Double Play Bar and Restaurant

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 10-04206 CRB

2

1   IT IS SO STIPULATED.

2   Dated: December 2, 2010                    THE LAW OFFICES OF THOMAS P.
                                              RILEY, P.C.
3

4

5                                      BY:
                                              Thomas P. Riley, Esq.
6
                                              Attorneys for Plaintiff,
7                                             J&J Sports Productions

8

9                                  ORDER

10  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management

11  Conference set for January 7, 2011 be rescheduled January 21, 2011.

12

13

14  Dated December ___, 2010              BY:

15                                              Hon. Charles Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
    CASE NO. C 10-04206 CRB
                                          3

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this 23rd day of December 2010, I filed the foregoing document described as:

3

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** pursuant

4

to the procedures for electronic filing of documents for the United States District Court for the

5

Northern District of California and that I also deposited a copy of same in the United States Mail

6

bearing prepaid first class postage addressed as below.

SERVICE LIST

7

8

Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY,
P.C.

**COUNSEL FOR PLAINTIFF**
Tel:  (626) 799-9797
Fax:  (626) 799-9795

9

First Library Square
1114 Fremont Avenue
South Pasadena, CA  91030-3227

10

11

12

13

14

Signed:     /s/ Lisa Hatch
            Lisa M. Hatch
            Paralegal

15

O'CONNOR, COHN, DILLON & BARR
1750 Montgomery Street

16

Suite 116
San Francisco, CA  94111

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 10-04206 CRB