UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J AND J SPORTS PRODUCTIONS, | No. C-10-04206 CRB (DMR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND DENYING DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| JOSEPH MARTIN COYNE, et al., | |
| Defendants. | |

On January 17, 2012, Plaintiff filed a Motion to Compel Discovery. On January 19, 2012, this matter was referred to the undersigned for all discovery. On January 20, 2012, the undersigned issued a Notice of Reference and Order Re Discovery Procedures, in which the court denied the Motion to Compel without prejudice and ordered the parties to resubmit the motion in compliance with the court's Standing Order regarding discovery, which requires the parties to meet and confer about the dispute, and submit a joint letter if any dispute remains. The court ordered that any joint letter be filed no later than February 3, 2012. [Docket No. 79.]

Plaintiff apparently never responded to Defendants' requests to meet and confer, which prompted Defendants to file a motion for sanctions by letter. [Docket No. 81.] Plaintiff has apparently abandoned its Motion to Compel, and should have notified Defendants of the same. Since no joint letter was filed by the deadline, Plaintiff's Motion to Compel is DENIED with prejudice. Defendants' motion for sanctions is also DENIED.

IT IS SO ORDERED.

Dated: February 7, 2012



_____  
DONNA M. RYU  
United States Magistrate Judge