**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11  J AND J SPORTS PRODUCTIONS,               No. C-10-04206 CRB (DMR)
12              Plaintiff,                    **ORDER DENYING PLAINTIFF'S**
                                              **MOTION TO COMPEL AND DENYING**
13          v.                                **DEFENDANTS' MOTION FOR**
                                              **SANCTIONS**
14  JOSEPH MARTIN COYNE, et al.,
15              Defendants.
    _____/
16
17          On January 17, 2012, Plaintiff filed a Motion to Compel Discovery.  On January 19, 2012,

18  this matter was referred to the undersigned for all discovery.  On January 20, 2012, the undersigned

19  issued a Notice of Reference and Order Re Discovery Procedures, in which the court denied the

20  Motion to Compel without prejudice and ordered the parties to resubmit the motion in compliance

21  with the court's Standing Order regarding discovery, which requires the parties to meet and confer

22  about the dispute, and submit a joint letter if any dispute remains.  The court ordered that any joint

23  letter be filed no later than February 3, 2012.  [Docket No. 79.]

24          Plaintiff apparently never responded to Defendants' requests to meet and confer, which

25  prompted Defendants to file a motion for sanctions by letter.  [Docket No. 81.]  Plaintiff has

26  apparently abandoned its Motion to Compel, and should have notified Defendants of the same.

27  Since no joint letter was filed by the deadline, Plaintiff's Motion to Compel is DENIED with

28  prejudice.  Defendants' motion for sanctions is also DENIED.

1

2        IT IS SO ORDERED.

3

4    Dated:  February 7, 2012

5

6                                                   DONNA M. RYU
                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**United States District Court**
For the Northern District of California